**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Wells Fargo Bank, N.A., | ) | No. CV08-8014 PCT DGC |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Mary Lou Boone, et al., | ) ) | |
| Defendant. | ) ) ) | |

      Plaintiff Wells Fargo Bank, N.A. has filed a Motion to Deposit Funds and Discharge. Dkt. #3. The motion seeks the Court's permission, pursuant to Rule 67 of the Federal Rules of Civil Procedure, to deposit funds with the Court. The motion states that Defendants are engaged in a dispute over control of the San Juan Southern Paiute Tribe and are asserting conflicting claims to the funds in Plaintiff's possession. Plaintiff seeks to deposit the funds with the Court and obtain a discharge from further liability. Dkt. #3.

      Rule 67(a) states that a party may deposit funds with the Court "on notice to every other party and by leave of court." Plaintiff's motion contains no indication that it has been served on Defendants, and the Court's docket contains no indication that the Complaint for Interpleader (Dkt. #1) has been served on Defendants. Although the motion includes a letter from Plaintiff's counsel to various attorneys purporting to reflect an agreement that the funds would be deposited with the Court, the letter predated the filing of this action and the motion,

1 and Plaintiff provides no other evidence that it has provided notice of the motion as expressly
2 required by Rule 67(a).

3     **IT IS HEREBY ORDERED** that Plaintiff's Motion to Deposit Funds and Discharge
4 (Dkt. #3) is **denied**.

5     DATED this 8th day of February, 2008.

*David G. Campbell*
United States District Judge