# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Wells Fargo Bank, N.A., | ) | No. CV08-8014 PCT DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Mary Lou Boone, et al., | ) | |
| Defendant. | ) | |

The parties have filed a notice of settlement in this matter. Doc. 132.

**IT IS ORDERED** that the Court will hold a status conference with all parties in attendance on **January 7, 2011 at 10:00 a.m.** in Courtroom 603, 401 West Washington Street, Phoenix, Arizona 85003.

DATED this 21st day of December, 2010.

David G. Campbell
United States District Judge